# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MICHAEL THOMAS DAVITT, | Case No. 2:14-cv-01504-GMN-CWH |
| Plaintiff, | |
| vs. | **ORDER** |
| DR. ZISNER, | |
| Defendant. | |

On August 20, 2015, the Court entered an Order (ECF No. 22) granting Plaintiff Michael Thomas Davitt's Motion for Extension of Time to Effectuate Service on Defendant Dr. Zisner (ECF No. 21). The Court's Order required Plaintiff to file proof of service as to Defendant Dr. Zisner on or before December 18, 2015, and it stated that if Plaintiff fails to do so, it will result in a recommendation that this case be dismissed, without prejudice. (Order (ECF No. 22).) The Court's Order was served by U.S. Mail on Defendant Davitt on the same date. (*Id.*) On August 26, 2015, the letter containing the Court's Order was returned to the Court as undeliverable. (ECF No. 23.) As of the date of this Order, Plaintiff has not notified the Court of his change of address in contravention of Local Special Rule 2-2, which states that a "plaintiff shall immediately file with Court written notification of any change of address. The notification must include proof of service upon each opposing party or the party's attorney. Failure to comply with this Rule may result in dismissal of the action with prejudice."

IT IS THEREFORE ORDERED that Plaintiff must file with the Court written notification of his change of address on or before October 1, 2015.

IT IS FURTHER ORDERED that Plaintiff's failure to file written notification of his change of address on or before October 1, 2015, will result in a recommendation that this case be dismissed, with prejudice.

DATED: September 1, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**