UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

MICHAEL THOMAS DAVITT,   )
                         )   Case No.: 2:14-cv-01504-GMN-CWH
          Plaintiff,     )
   vs.                   )   **ORDER ACCEPTING REPORT &**
                         )   **RECOMMENDATION OF MAGISTRATE**
DR. ZISNER,              )   **JUDGE HOFFMAN**
                         )
          Defendant.     )
                         )

Before the Court for consideration is the Report and Recommendation (ECF No. 26) of the Honorable C.W. Hoffman, Jr., United States Magistrate Judge, entered November 16, 2015.

Pursuant to Local Rule IB 3-2(a), objections were due by December 3, 2015. No objections have been filed. In accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 1-4, the Court has reviewed the record in this case and agrees with Magistrate Judge Hoffman's recommendation that Plaintiff's Complaint (ECF No. 4) be dismissed with prejudice. Therefore, the Court has determined that Magistrate Judge Hoffman's Recommendation should be **ACCEPTED** and **ADOPTED** to the extent that it is not inconsistent with this opinion.

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 26) is **ACCEPTED and ADOPTED in full.** Plaintiff's Complaint (ECF No. 4) is dismissed with prejudice.

The Clerk shall enter judgment accordingly and close the case.

**DATED** this __8__ day of December, 2015.

_____
Gloria M. Navarro, Chief Judge
United States District Court